IN THE UNITED STATES DISTRICT COURT
for the Eastern District of Virginia
(Alexandria Division)

| | |
|---|---|
| **Lonza Ltd.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case Action No. 1:15-cv-1671 (LO)(MSN) |
| | ) |
| **Lonsa, Inc. and** | ) |
| **Bin Guan,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL

The Plaintiff, Lonza Ltd., by and through its undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree that all claims pending in this action by Lonza Ltd. against Lonsa, Inc. and Bin Guan shall be dismissed without prejudice, each party to pay its own attorney's fees and costs.

Respectfully submitted,

DATE: September 16, 2016         BLANK ROME LLP


 /s/  Adrien C. Pickard
Adrien Pickard, Esq. (VSB #68533)
APickard@BlankRome.com
BLANK ROME LLP
Watergate
600 New Hampshire Ave, NW
Washington, DC 20037
Tel:    (202) 772-5845
Fax:    (202) 772-5858

*Attorney for Plaintiff Lonza Ltd.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2016, I served the foregoing Stipulation of Dismissal on the following by electronic mail and first class mail, postage prepaid.

Bin Guan, Ph.D.
202 Hardy Place
Rockville, MD 20852
BinGuan2@gmail.com
(443)-527-1638
*Pro Se Defendant*

   /s/  Adrien C. Pickard
Adrien Pickard, Esq. (VSB #68533)
APickard@BlankRome.com
BLANK ROME LLP
Watergate
600 New Hampshire Ave, NW
Washington, DC 20037
Tel:    (202) 772-5845
Fax:    (202) 772-5858
*Attorney for Plaintiff Lonza Ltd.*